**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID L. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1690 CAS |
| | ) | |
| MALLINCKRODT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's motion for leave to file under seal an exhibit to his memorandum in support of remand. The Court will grant plaintiff's motion. Pursuant to the Administrative Procedures for Case Management/Electronic Case Filing, plaintiff should file a Notice of Filing Document Under Seal ("Notice") along with the sealed document in paper format at the District Court Clerk's Office. See Administrative Procedures for Case Management/Electronic Case Filing, § III-B, Exhibit F at www.moed.uscourts.gov. Plaintiff shall file and serve paper copies of the notice and exhibit within 24 hours of filing. Id.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file Exhibit B to plaintiff's memorandum in support of motion to remand under seal is **GRANTED**. [Doc. 6]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of November, 2005.